United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| ROBERT A. KATZMANN | CATHERINE O'HAGAN WOLFE |
| CHIEF JUDGE | CLERK OF COURT |

Date: May 14, 2014
Docket #: 14−1445cv
Short Title: In re: Facebook, Inc., IPO Sec

DC Docket #: 12−md−2389
DC Court: SDNY (NEW YORK CITY) DC
Docket #: 12−md−2389
DC Court: SDNY (NEW YORK CITY)
DC Judge: Sweet

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212−857−8561.