## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re: Facebook, Inc., IPO Sec          Docket No.: 14-1515

Lead Counsel of Record (name/firm) or Pro se Party (name): Felipe J. Arroyo / Robbins Arroyo LLP

Appearance for (party/designation): William Cole / Appellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

Appellate Designation is:
[ ] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[✓] Incorrect. Please change the following parties' designations:

| Party | Correct Designation |
|---|---|
| David M. Spillane | Defendant/Appellee |

Contact Information for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete, and should be amended as follows:

Name: Felipe J. Arroyo
Firm: Robbins Arroyo LLP
Address: 600 B Street, Suite 1900, San Diego, CA 92101
Telephone: (619) 525-3990          Fax: (619) 525-3991
Email: farroyo@robbinsarroyo.com

### RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Levy v. Zuckerberg, et al., No. 14-1445 Jones, et al. v. Andreessen, et al., No. 14-632

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
1/19/2010 _____ OR that ( ) I applied for admission on _____ or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Felipe J. Arroyo
Type or Print Name: Felipe J. Arroyo
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

## CERTIFICATE OF SERVICE

I, Felipe J. Arroyo, hereby certify under penalty of perjury that on May 27, 2014, I caused a copy of the foregoing ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, including all attachments thereto, to be served on the following parties in the manner indicated:

**VIA ECF:**

Andrew B. Clubok
Brant W. Bishop, P.C.
Susan E. Engel
Kellen S. Dwyer
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
andrew.clubok@kirkland.com
bbishop@kirkland.com
seengel@kirkland.com
kellen.dwyer@kirkland.com

*Counsel for Defendants-Appellees Mark E. Zuckerberg, David A. Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer, Marc L. Andreessen, Donald E. Graham, Reed Hastings, Erskine B. Bowles, and Nominal Defendant-Appellee Facebook, Inc.*

**VIA OVERNIGHT DELIVERY:**

Richard D. Bernstein
Elizabeth J. Bower
**WILLKIE FARR & GALLAGHER LLP**
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
rbernstein@willkie.com
ebower@willkie.com

*Counsel for Defendants-Appellees Mark E. Zuckerberg, David A. Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer, Marc L. Andreessen, Donald E. Graham, Reed Hastings, Erskine B. Bowles, and Nominal Defendant-Appellee Facebook, Inc.*

/s/ Felipe J. Arroyo
Felipe J. Arroyo